```
                    F I L E D
                    SEP  5 2008
              CLERK, DISTRICT COURT
           SOUTHERN DISTRICT OF CALIFORNIA
           BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2978-WQH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **I N F O R M A T I O N** |
| v. | ) | |
| | ) | Title 18, United States Code |
| JORGE ANTONIO LOBO | ) | § 2252A(5)(B) – Possession |
| | ) | of Child Pornography |
| Defendant. | ) | |

The United States Attorney charges:

### Count 1

On or about October 17, 2006, within the Southern District of California, defendant JORGE ANTONIO LOBO knowingly possessed a matter which contained an image of child pornography that has been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(5)(B).

### FORFEITURE ALLEGATION

As a result of committing the offense in violation of Title 18, United States Code, Section 2252A(5)(B), set forth above, defendant JORGE ANTONIO LOBO shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and

2253 (a)(3), all visual depictions described in Title 18, United States Code, Section 2252A, and all items containing such visual depictions, which were possessed in violation of Title 18, United States Code, Section 2252A and all property, real and personal, used and intended to be used to commit and promote the commission of the aforestated offense, including but not limited to, the following properties: (a) computer images depicting a minor engaging in sexually explicit conduct (b) any and all computer hardware, software, and related media seized from him on or about October 17, 2006.

DATED: September 5, 2008

KAREN P. HEWITT
United States Attorney

ANNE KRISTINA PERRY
Assistant U.S. Attorney