AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA



FILED
SEP 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES OF AMERICA

v.

**JORGE ANTONIO LOBO**

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 2978-WQH

I, **JORGE ANTONIO LOBO**, the above named defendant, who is accused of Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252A(5)(B), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/5/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JORGE ANTONIO LOBO
Defendant

NANCEE SCHWARTZ
Counsel for Defendant

Before
LEO S. PAPAS